HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
ERIC V. KERSTEN, CA Bar 226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RODNEY JOE DUNCAN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09-cr-00195 LJO |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| vs. | ) **TEMPORARY RELEASE** |
| RODNEY JOE DUNCAN, JR., | ) |
| Defendant. | ) Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Rodney Joe Duncan, Jr., that Mr. Duncan may be temporarily released from custody for the purpose of undergoing dental treatment.

Prior to being arrested for violating his supervised release Mr. Duncan was undergoing dental treatment. Mr. Duncan currently has a temporary crown on one of his teeth, and he is scheduled to have the permanent crown installed on Tuesday, March 5, 2019, at 3:30 p.m., at the Western Dental Office located at 4195 Shields Ave. in Fresno.

Federal Defender Staff are available to transport Mr. Duncan from Fresno County Jail to the Western Dental Office, standby while the dental work is performed, and then transport Mr. Duncan directly back to the Fresno County Jail. Mr. Duncan will remain in the custody of Federal

Defender Staff until returned to Fresno County Jail at the conclusion of the dental treatment. Mr. Duncan's supervising United States Probation Officer, Jose Pulido, does not object to this request.

Therefore, the parties respectfully request an order from this Court for Mr. Duncan's temporary release in order to receive dental treatment. It is requested that Mr. Duncan to be released from Fresno County Jail at 2:30 p.m., on March 5, 2019, and return to custody immediately upon completion of his dental treatment, and no later than 5:30 p.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: March 1, 2019          */s/ Brian W. Enos*
                              Brian W. Enos
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: March 1, 2019          */s/ Eric V. Kersten*
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              RODNEY JOE DUNCAN, JR.

**ORDER**

IT IS HEREBY ORDERED that Mr. Duncan is released to the custody of Federal Defender Staff for the purpose of undergoing dental treatment at the Western Dental Office located at 4195 Shields Ave. in Fresno, California. Mr. Duncan shall be released from Fresno County Jail on March 5, 2019 at 2:30 p.m. and shall return to the Fresno County Jail at the completion of the treatment, and no later than 5:30 p.m. While on release, Mr. Duncan is ordered to remain in the care, custody and control of Federal Defender Staff at all times. He is further ordered to abide by all laws during the period of his temporary release.

IT IS SO ORDERED.

Dated: **March 1, 2019**        /s/ *Barbara A. McAuliffe*
            UNITED STATES MAGISTRATE JUDGE