HEATHER E. WILLIAMS, CA Bar 122664
Federal Defender
ERIC V. KERSTEN, CA Bar 226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RODNEY JOE DUNCAN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:09-cr-00195 LJO |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| | ) **TEMPORARY RELEASE** |
| vs. | ) |
| RODNEY JOE DUNCAN, JR., | ) Hon. Lawrence J. O'Neill |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Brian W. Enos, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for defendant Rodney Joe Duncan, Jr., that Mr. Duncan may be temporarily released from custody for the purpose of undergoing dental treatment.

Mr. Duncan was undergoing dental treatment prior to being arrested for violating his supervised release. Mr. Duncan currently has a temporary crown on one tooth, and is scheduled to have the permanent crown installed on Thursday, March 14, 2019, at 11:30 a.m., at the Western Dental Office located at 4195 Shields Ave. in Fresno. The parties respectfully request an order authorizing Mr. Duncan's temporary pretrial release in order to receive dental treatment. It is requested that Mr. Duncan to be released from Fresno County Jail to Federal Defender staff at

1  10:30 a.m., on March 14, 2019; and return to custody of the Fresno County Jail immediately upon
2  completion of his dental treatment, and no later than 1:30 p.m., on March 14, 2019.
3       Federal Defender staff will transport Mr. Duncan from Fresno County Jail to the Western
4  Dental Office, standby while the dental work is performed, and transport Mr. Duncan directly back
5  to the Fresno County Jail when the work is completed.  Mr. Duncan will remain in the custody of
6  Federal Defender Staff until returned to Fresno County Jail at the conclusion of the dental
7  treatment.  Mr. Duncan's supervising United States Probation Officer, Jose Pulido, does not object
8  to this request.
9       The parties further request that Mr. Duncan be scheduled for sentencing in Case No. 1:09-
10 cr-00195 LJO on Monday, March 18, 2019, at 9:30 a.m.

                                                    Respectfully submitted,

                                                    McGREGOR W. SCOTT
                                                    United States Attorney

DATED:  March 11, 2019                          /s/ Brian W. Enos
                                                    Brian W. Enos
                                                    Assistant United States Attorney
                                                    Attorney for Plaintiff

                                                    HEATHER E. WILLIAMS
                                                    Federal Defender

DATED: March 11, 2019                           /s/ Eric V. Kersten
                                                    ERIC V. KERSTEN
                                                    Assistant Federal Defender
                                                    Attorney for Defendant
                                                    RODNEY JOE DUNCAN, JR.

# **ORDER**

IT IS HEREBY ORDERED that Mr. Duncan is released to the custody of Federal Defender Staff for the purpose of undergoing dental treatment at the Western Dental Office located at 4195 Shields Ave. in Fresno, California. Mr. Duncan shall be released from Fresno County Jail on March 14, 2019, at 10:30 a.m., and shall return to the Fresno County Jail at the completion of the treatment, and no later than 1:30 p.m., on March 14, 2019. While on release, Mr. Duncan is ordered to remain in the care, custody and control of Federal Defender Staff. He is further ordered to abide by all laws during the period of his temporary release.

IT IS SO ORDERED.

Dated: **March 11, 2019**       /s/ Lawrence J. O'Neill
                                UNITED STATES CHIEF DISTRICT JUDGE