1    HEATHER E. WILLIAMS, CA Bar #122664
     Federal Defender
2    REED GRANTHAM, CA Bar #294171
     Assistant Federal Defender
3    Office of the Federal Defender
     2300 Tulare Street, Suite 330
4    Fresno, CA  93721-2226
     Telephone: (559) 487-5561
5    Fax: (559) 487-5950

6    Attorney for Defendant
     RODNEY DUNCAN, JR.

7

8                     IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              Case No. 1:09-cr-000195-JLT

12                  Plaintiff,              STIPULATION TO VACATE AND WAIVE
                                            PRELIMINARY HEARING AND SET STATUS
13   vs.                                    CONFERENCE; ORDER

14   RODNEY DUNCAN, JR.,

15                  Defendant.

16

17

18          IT IS HEREBY STIPULATED, by and between the parties, through their respective

19   counsel, Assistant United States Attorney Joseph Barton, counsel for plaintiff, and Assistant

20   Federal Defender Reed Grantham, counsel for defendant Rodney Duncan, Jr., that the

21   preliminary hearing currently scheduled for July 9, 2025, at 2:00 p.m., be vacated, and that the

22   matter be set for a status conference on July 23, 2025, at 2:00 p.m.

23          On June 25, 2025, the parties set this supervised release violation matter for a preliminary

24   hearing on July 9, 2025, at 2:00 p.m. However, by and through this stipulation Mr. Duncan

25   hereby agrees to waive his right to a preliminary hearing on the supervised release violation

26   petition allegation and agrees that the preliminary hearing currently scheduled can be vacated.

27   Additionally, in order to provide counsel for Mr. Duncan additional time to review and

28   investigate the instant matter, to further discuss the matter with Mr. Duncan, and to provide time

1  for the parties to engage in further resolution discussions, the parties are in agreement to continue

2  this matter to July 23, 2025, at 2:00 p.m. for a status conference.

3        The requested continuance is made with the intention of conserving time and resources

4  for both the parties and the Court. The requested date is a mutually agreeable date for both

5  parties. As this is a supervised release violation matter, no exclusion of time is necessary.

6

7            Respectfully submitted,

8            MICHELE BECKWITH
             Acting United States Attorney

9

10 Date: July 3, 2025           */s/ Joseph Barton*
             JOSEPH BARTON

11           Assistant United States Attorney
             Attorney for Plaintiff

12

13           HEATHER E. WILLIAMS
             Federal Defender

14

15 Date: July 3, 2025           */s/ Reed Grantham*
             REED GRANTHAM

16           Assistant Federal Defender
             Attorney for Defendant

17           RODNEY DUNCAN, JR.

18

19

20                  **O R D E R**

21       **IT IS HEREBY ORDERED** that the preliminary hearing previously set for July 9,

22 2025, at 2:00 p.m. is vacated. A status conference is hereby set for July 23, 2025, at 2:00 p.m.

23

24 IT IS SO ORDERED.

25    Dated:  **July 3, 2025**           /s/ *Barbara A. McAuliffe*

26                  UNITED STATES MAGISTRATE JUDGE

27

28

Duncan – Stipulation
and Proposed Order